RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAR 1 9 2025

DANIEL J. McCOY, CLERK
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 3:25-cr-00065-01 |
| VERSUS | * | Judge Doughty |
| EAAN LEE BLAKE | * | Magistrate Judge McClusky |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
Possession with Intent to Distribute Methamphetamine
[21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii)]

On or about February 16, 2025, in the Western District of Louisiana and elsewhere, the defendant, **Eaan Lee Blake**, knowingly possessed with the intent to distribute 50 grams or more of methamphetamine and 500 grams or more a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii) [21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vii)].

### FORFEITURE NOTICE

The allegations in all counts are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21 United States Code, Section 853 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A.   As a result of the controlled substances offenses alleged in Count 1 of this Indictment, the defendant, **Eaan Lee Blake**, shall forfeit to the United States all interest in:

(1) Any property consisting or derived from proceeds the defendants obtained directly or indirectly as the result of said violation as set forth in this Superseding Indictment and,

(2) Any property used or intended to be used in any manner or part to commit or facilitate the commission of the aforementioned violation.

B. By virtue of the offense charged in this Indictment, any and all interest in the above-described property is vested in the United States and is forfeited to the United States pursuant to Title 21 United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL:

*REDACTED*
_____
GRAND JURY FOREPERSON

ALEXANDER C. VAN HOOK
Acting United States Attorney

By: _____
ROBERT F. MOODY, TX Bar 24062903
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
Phone: (318) 676-3600