# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 5:25-CR-00065 |
|     Plaintiff | * | |
| | * | DISTRICT JUDGE DOUGHTY |
| VERSUS | * | |
| | * | MAGISTRATE JUDGE McCLUSKY |
| EAAN BLAKE | * | |
|     Defendant | * | |

## MOTION TO ENROLL AS COUNSEL OF RECORD

Notice is hereby given that, subject to approval by this Honorable Court, EAAN BLAKE desires that Keith T. Whiddon, Louisiana Bar Roll Number 35384, and Devin T. Jones, Louisiana Bar Roll Number 33912, be allowed to enroll as counsel of record.

Contact Information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Whiddon Criminal Defense |
| Address: | 609 North 5th Street, Monroe, Louisiana 71201 |
| Telephone: | 318-387-2776 |
| Facsimile: | 318-387-2767 |
| Email: | keith@ktwlegal.com (NOTICE), devin@ktwlegal.com |

This motion is not brought for the delay but to allow the Defendant to be represented by his counsel of choice.

Wherefore, EAAN BLAKE prays that the Court enter an order allowing KEITH T. WHIDDON and DEVIN T. JONES to enroll as attorneys of record in this cause.

CERTIFICATE

I certify that a copy of the MOTION TO ENROLL AS COUNSEL OF RECORD was filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via notice of electronic filing.

Signed this 05th day of JUNE, 2025

/s/Keith T. Whiddon

   Keith T. Whiddon

Respectfully Submitted,

/S/Keith T. Whiddon

Keith T. Whiddon, LA BRN 35384
Devin T. Jones, LA BRN 33912
WHIDDON CRIMINAL DEFENSE
609 North 5th Street
Monroe, Louisiana 71201
T: (318) 387-2776
F: (318) 387-2767
Email: keith@ktwlegal.com (NOTICE)
Email: devin@ktwlegal.com