UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 25-CR-00065 |
| Plaintiff | * | |
| | * | DISTRICT JUDGE DOUGHTY |
| VERSUS | * | |
| | * | MAGISTRATE JUDGE McCLUSKY |
| EAAN BLAKE | * | |
| Defendant | * | |

### ORDER

On this day, came to be heard the Defendant EAAN BLAKE's MOTION TO ENROLL AS COUNSEL OF RECORD, and the same is hereby GRANTED.

ORDER RENDERED this __17th__ day of _____June_____, 2025.

_____
JUDGE / MAG. JUDGE, U.S. DISTRICT COURT