UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 25-cr-0065-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **EAAN LEE BLAKE (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

The Report and Recommendation of the Magistrate Judge [Doc. No. 47] having been considered, together with the written objections thereto filed with this Court by the United States of America [Doc. No. 48] and Defendant, Eaan Lee Blake ("Defendant") [Doc. No. 49], and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that the Motion to Suppress [Doc. No. 28] filed by Defendant be **GRANTED IN PART** and **DENIED IN PART**. To the extent that Blake moves to suppress statements by him while being escorted to the police car by Chief Spaulding and made prior to him being read his *Miranda* rights, **IT IS ORDERED** that the Motion be **GRANTED**, and these statements be suppressed.[1] **IT IS OTHERWISE ORDERED** that the Motion be **DENIED**.

---

[1] Blake's prior statement, before his removal from the vehicle, is not to be suppressed.

MONROE, LOUISIANA, this 11th day of December 2025.

                                                      _____
                                                      TERRY A. DOUGHTY
                                                      UNITED STATES DISTRICT JUDGE